# United States District Court
### for the
### Western District of New York

United States of America

v.

**BRYAN E. GRISWOLD,**

*Defendant*

Case No. 24-MJ- 4022

## CRIMINAL COMPLAINT

I, <u>Aaron Kraham</u>, the complainant in this case, state that the following is true to the best of my knowledge and belief: on or about January 26, 2024, in the Western District of New York and elsewhere, the defendant, BRYAN E. GRISWOLD violated:

(1) 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm/Ammunition).

This Criminal Complaint is based on these facts: **SEE ATTACHED AFFIDAVIT OF HSI SPECIAL AGENT AARON KRAHAM.**

☒ Continued on the attached sheet.

_____
AARON KRAHAM, HSI

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: January 26, 2024

City and State: Rochester, New York

_____
*Judge's signature*

MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE  )   SS:
CITY OF ROCHESTER  )

I, AARON KRAHAM, being duly sworn, depose and state:

1.  I am a Special Agent (SA) with the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since January 2022. I am currently assigned to the HSI Resident Agent in Charge Rochester Office ("HSI Rochester"). My responsibilities include investigating violations of federal and state criminal laws, including crimes involving the unlawful possession of firearms and ammunition in violation of 18 U.S.C. § 922(g)(1).

2.  I submit this affidavit in support of a criminal complaint charging BRYAN E. GRISWOLD with violating 18 U.S.C.§ 922(g)(1) (Felon in Possession of a Firearm/Ammunition) (the "TARGET OFFENSE").

3.  This affidavit is based on my personal knowledge and observations, my training and experience, conversations with other law enforcement officers, and my review of documents, reports and records gathered through the investigation of this case.

4.  Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth the facts that I believe are necessary to establish probable cause to believe that GRISWOLD knowingly violated 18 U.S.C. § 922(g)(1).

## **PROBABLE CAUSE**

5. At approximately 5:30 a.m. on January 26, 2024, HSI agents and other law enforcement officers executed a search warrant on 9248 Stowell Road, Lindley, New York 14858. The warrant, signed by Hon. Marian W. Payson, permitted a search of the main residence at the address and a white camper in close proximity to the main residence (the "SUBJECT CAMPER"), among other structures.

6. The search warrant was executed in connection with an investigation into GRISWOLD's son, Bryan J. Griswold, for child pornography related violations.

7. Bryan J. Griswold was not on the property when the search warrant was executed. HSI agents did, however, encounter GRISWOLD in the SUBJECT CAMPER.

8. In connection with this investigation, I reviewed a criminal history for GRISWOLD, which revealed that GRISWOLD has the following felony conviction:

   a. On November 29, 2018, GRISWOLD pled guilty in Steuben County Court, Case No. 2018-303, to violating N.Y.P.L. § 250.45 (Unlawful Surveillance 2: Use/Install Imaging Device for Amusement/Profit), a class E felony punishable by a term of imprisonment exceeding one-year.

9. GRISWOLD was escorted outside the SUBJECT CAMPER so that the search of that area could be executed. GRISWOLD was read his *Miranda* rights, which he agreed to waive.

10. During the search of the SUBJECT CAMPER, agents found three firearms:

   a. a Winchester Ranger Model 140 12-gauge shotgun, S/N N1027014, located in the corner of the main living area;

   b. a Remington 770 bolt-action rifle chambered in 30-06, located in a closet;

2

    c. a Savage Arms bolt-action rifle chambered in .308, S/N P582842, located in a closet.

11. Law enforcement also found an assortment of ammunition in the SUBJECT CAMPER, including at least:

    a. one (1) .22 caliber round;

    b. eight (8) Remington 12-gauge slugs, three (3) of which were loaded into the aforementioned Winchester Ranger Model 140;

    c. one (1) .308 caliber round; and

    d. an assortment of ammo contained in an ammo box.

12. HSI agents asked GRISWOLD who the firearms belonged to. GRISWOLD admitted that they were his, and that he moved them into the SUBJECT CAMPER approximately one-month prior. GRISWOLD also admitted that he was a felon and knew he was not allowed to be in possession of any firearms. GRISWOLD also admitted that all ammunition on the property was his.

13. In connection with this investigation, an ATF expert on the origin of manufacture for firearms and ammunition, was provided a description of the firearms and

ammunition found during the search. He concluded that the firearms and ammunition were not manufactured in New York. Therefore, they affected interstate commerce.

## CONCLUSION

14. Based upon the forgoing, the undersigned respectfully submits that there is probable cause to believe that BRYAN E. GRISWOLD violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm/Ammunition).

_____
Aaron Kraham
Special Agent, HSI

Affidavit submitted electronically by email in .pdf format. Oath administered, and contents and signature attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1 and 4(d) on January 26, 2024.

_____
MARIAN W. PAYSON
United States Magistrate Judge

4